Alex J. Flangas
aflangas@hollandhart.com
Nevada Bar No. 664
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
*Attorneys for Defendant MetLife Home Loans*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and SHERALIN CARY,<br><br>          Plaintiffs,<br><br>vs.<br><br>METLIFE HOME LOANS, et al.,<br><br>          Defendants. | CASE NO.: 3:10-cv-0547-LRH-RAM<br><br>**STIPULATION AND *PROPOSED*<br>ORDER FOR EXTENSION OF TIME<br>FOR METLIFE HOME LOANS<br>AND UTLS DEFAULT SERVICES, LLC<br>TO FILE RESPONSE** |

**IT IS HEREBY STIPULATED** between Plaintiffs and Defendants MetLife Bank, N.A. ("MetLife Bank") (named in the Complaint as MetLife Home Loans, a division of MetLife Bank, N.A.), and UTLS DEFAULT SERVICES, LLC., by and through the undersigned, that Defendants may be allowed to and including November 1, 2010, within which to file a response to Plaintiffs' Complaint (entitled, "Original Petition"). In the event a motion is filed as either Defendants' response, Plaintiffs shall have to and including December 2, 2010, within which to file and serve their response to such motion.

///
///
///
///
///
///
///

1

1  This stipulation for extension is not interposed for any delay, and is made in good faith
2  between the parties hereto.
3  RESPECTFULLY SUBMITTED this 15th day of October, 2010.

<br>

| | |
|---|---|
| /s/ John Cary<br>John Cary, for John and Sheralin Cary,<br>8805 Ingleston Dr.<br>Sparks, NV 89436<br>775-626-1946<br><br>*Plaintiffs* | HOLLAND & HART LLP<br><br>/s/ Alex J. Flangas<br>ALEX J. FLANGAS, ESQ.<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>aflangas@hollandhart.com<br><br>*Attorneys for METLIFE BANK, N.A.<br>(named as METLIFE HOME LOANS,<br>a division of METLIFE BANK, N.A.)* |

PITE DUNCAN, LLP

/s/ Christina S. Bhirud
Christina S. Bhirud, Esq.
701 E. Bridger Ave., #700
Las Vegas, NV 89101
Phone: (702) 991-4633
Fax: (702) 685-6342
cbhirud@piteduncan.com

*Attorneys for UTLS DEFAULT SERVICES, LLC.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: _____

4937513_1

2

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, Barbara D. Cozens, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On October 15, 2010, I served the foregoing **Stipulation and *Proposed Order for Extension of Time for MetLife Home Loans and UTLS Default Services, LLC to File Response*** by electronic means, in compliance with the Federal Rules of Civil Procedure and LR 5-4, upon the parties in the case who are registered with the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I further served the foregoing **Stipulation and *Proposed Order for Extension of Time for MetLife Home Loans and UTLS Default Services, LLC to File Response*** by placing a true copy thereof in Holland & Hart LLP's outgoing mail in a sealed envelope, addressed as follows:

| | |
|---|---|
| Ingrid O. Chilton<br>Senior Vice President<br>& Assistant General Counsel<br>Legal Division, 8th Floor<br>165 Madison Avenue<br>Memphis, Tennessee 38103 | John and Sheralin Cary<br>5805 Ingleston Dr.<br>Sparks, NV 89436 |

/s/
Barbara D. Cozens

4937513_1

3