```
LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
CHRISTINA S. BHIRUD (NV Bar #11462)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
```
**MAILING ADDRESS**
```
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Cbhirud@piteduncan.com
```

Attorneys for Defendant UTLS DEFAULT SERVICES, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and SHERALIN CARY<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE HOME LOANS c/o UTLS DEFAULT SERVICES, LLC<br><br>Defendant. | Case No. 3:10-cv-00547-LRH-RAM<br><br>**UTLS DEFAULT SERVICES, LLC'S NOTICE OF APPEARANCE** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant UTLS Default Services, LLC is represented by Gregg A. Hubley and Christina S. Bhirud of the firm Pite Duncan, LLP in the above-entitled matter and that all pleadings, correspondence, and communications be directed to the undersigned counsel.

Dated this 15th day of October, 2010.

PITE DUNCAN, LLP

*/s/ Christina S. Bhirud*
GREGG A. HUBLEY
CHRISTINA S. BHIRUD
Attorneys for UTLS DEFAULT SERVICES, LLC

2181662.wpd

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 701 East Bridger Avenue, Suite 700, Las Vegas, Nevada 89101.

I hereby certify that on October 15, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alex J. Flangas, aflangas@hollandhart.com

I further certify that on October 15, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

John Cary
5805 Ingleston Drive
Sparks, Nevada 89436

Sheralin Cary
5805 Ingleston Drive
Sparks, Nevada 89436

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October 2010, at Las Vegas, Nevada.

NICOLE L. SCHLANDERER

2181708.wpd