1  Alex J. Flangas
   aflangas@hollandhart.com
2  Nevada Bar No. 664
   HOLLAND & HART LLP
3  5441 Kietzke Lane, Second Floor
   Reno, NV 89511
4  Phone: (775) 327-3000
   Fax: (775) 786-6179
5  *Attorneys for Defendant MetLife Home Loans*

6

7              **THE UNITED STATES DISTRICT COURT**

8               **FOR THE DISTRICT OF NEVADA**

9  JOHN and SHERALIN CARY,              **CASE NO.:  3:10-cv-0547-LRH-RAM**

10             Plaintiffs,              **STIPULATION AND** *l___ ____*
                                        **ORDER FOR EXTENSION OF TIME**
11 vs.                                  **FOR METLIFE HOME LOANS**
                                        **AND UTLS DEFAULT SERVICES, LLC**
12 METLIFE HOME LOANS, et al.,          **TO FILE RESPONSE**

13             Defendants.

14

15         **IT IS HEREBY STIPULATED** between Plaintiffs and Defendants MetLife Bank, N.A.

16 ("MetLife Bank") (named in the Complaint as MetLife Home Loans, a division of MetLife

17 Bank, N.A.), and UTLS DEFAULT SERVICES, LLC., by and through the undersigned, that

18 Defendants may be allowed to and including November 1, 2010, within which to file a response

19 to Plaintiffs' Complaint (entitled, "Original Petition").  In the event a motion is filed as either

20 Defendants' response, Plaintiffs shall have to and including December 2, 2010, within which to

21 file and serve their response to such motion.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

1    This stipulation for extension is not interposed for any delay, and is made in good faith

2    between the parties hereto.

3    RESPECTFULLY SUBMITTED this 15th day of October, 2010.

4                                                                    HOLLAND & HART LLP

5

6    John Cary, for John and Sheralin Cary,    /s/ Alex J. Flangas
     8805 Ingleston Dr.                        ALEX J. FLANGAS, ESQ.
7    Sparks, NV  89436                         5441 Kietzke Lane, Second Floor
     775-626-1946                              Reno, NV 89511
8                                              aflangas@hollandhart.com

     *Plaintiffs*                              *Attorneys for METLIFE BANK, N.A.*
9                                              *(named as METLIFE HOME LOANS,*
                                               *a division of METLIFE BANK, N.A.)*
10

     PITE DUNCAN, LLP
11

12        /s/ Christina S. Bhirud
     Christina S. Bhirud, Esq.
13   701 E. Bridger Ave., #700
     Las Vegas, NV  89101
14   Phone: (702) 991-4633
     Fax: (702) 685-6342
15   cbhirud@piteduncan.com

16   *Attorneys for UTLS DEFAULT*
     *SERVICES, LLC.*
17

18

19                                             IT IS SO ORDERED.

20

21

22                                             _____
                                               UNITED STATES MAGISTRATE JUDGE
23                                             Dated: ____October 18, 2010_____

24   4937513_1

25

26

27

28

                                        2

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, Barbara D. Cozens, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On October 15, 2010, I served the foregoing **Stipulation and *Proposed Order for Extension of Time for MetLife Home Loans and UTLS Default Services, LLC to File Response*** by electronic means, in compliance with the Federal Rules of Civil Procedure and LR 5-4, upon the parties in the case who are registered with the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I further served the foregoing **Stipulation and *Proposed Order for Extension of Time for MetLife Home Loans and UTLS Default Services, LLC to File Response*** by placing a true copy thereof in Holland & Hart LLP's outgoing mail in a sealed envelope, addressed as follows:

Ingrid O. Chilton                      John and Sheralin Cary
Senior Vice President                  5805 Ingleston Dr.
& Assistant General Counsel            Sparks, NV  89436
Legal Division, 8th Floor
165 Madison Avenue
Memphis, Tennessee  38103

_____/s/_____
Barbara D. Cozens

4937513_1

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

3