1    ARIEL E. STERN, ESQ.
     Nevada Bar No. 8276
2    JACOB D. BUNDICK, ESQ.
     Nevada Bar No. 9772
3    DIANA S. ERB, ESQ.
     Nevada Bar No. 10580
4    AKERMAN SENTERFITT LLP
     400 South Fourth Street, Suite 450
5    Las Vegas, Nevada 89101
     Telephone:    (702) 634-5000
6    Facsimile:    (702) 380-8572
     ariel.stern@akerman.com
7    jacob.bundick@akerman.com
     diana.erb@akerman.com
8
     *Attorneys for Defendant*
9    *Metlife Home Loans*

10
                    UNITED STATES DISTRICT COURT
11
                        DISTRICT OF NEVADA
12
     John & Sheralin Cary,                    Case No.: 3:10-cv-00547-LRH-RAM
13
                           Plaintiffs,
14                                            SUBSTITUTION OF COUNSEL
     vs.
15
     Metlife Home Loans c/o UTLS Default Services,
16   LLC,
17                         Defendant.

18          Defendant Metlife Home Loans hereby consents to the substitution of the law firm of

19   AKERMAN SENTERFITT LLP in place and stead of the law firm of HOLLAND & HART, LLP.

20          DATED this ____ day of October, 2010.

21                                            METLIFE HOME LOANS

22                                            By: _____

23                                            Its: _____

24

25   / / /

26   / / /

27   / / /

28   / / /

{LV011674;1}                        1

ALEX J. FLANGAS, ESQ., of the law firm of HOLLAND & HART, LLP, hereby consents to the substitution of ARIEL E. STERN, ESQ., JACOB D. BUNDICK, ESQ., and DIANA S. ERB, ESQ., of the law firm of AKERMAN SENTERFITT LLP in its place and stead on behalf of Defendant Metlife Home Loans, in the above-entitled matter.

DATED this 29 day of October, 2010.

HOLLAND & HART, LLP

ALEX J. FLANGAS, ESQ.
Nevada Bar No. 664
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511

ARIEL E. STERN, ESQ., JACOB D. BUNDICK, ESQ., and DIANA S. ERB, ESQ., of the law firm of AKERMAN SENTERFITT LLP hereby consent to their substitution as counsel for Defendant Metlife Home Loans, in the place and stead of ALEX J. FLANGAS, ESQ., of the law firm of HOLLAND & HART, LLP.

DATED this 15 day of November, 2010.

AKERMAN SENTERFITT LLP

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

Please check one: _XX_ RETAINED or ___ APPOINTED BY THE COURT.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated : _____

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV011674;1}

2

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 1st day of ~~October,~~ NOVEMBER 2010 and FRCP 5(b), I served via

3

CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing

4

**Substitution of Counsel**, postage prepaid and addressed to:

5

6   JOHN CARY
    SHERALIN CARY
    5805 Ingleston Drive

7   Sparks, Nevada 89436

8   *Pro Se Plaintiffs*

9

10  ALEX J. FLANGAS, ESQ.
    HOLLAND & HART, LLP
    5441 Kietzke Lane, Suite 200

11  Reno, Nevada 89511

12

13  CHRISTINA S. BHIRUD, ESQ.
    GREGG A. HUBLEY, ESQ.
    PITE DUNCAN, LLP

14  701 E. Bridger Ave., Suite 700
    Las Vegas, NV 89101

15

16  *Attorneys for Defendant*
    *UTLS Default Services, LLC*

17

18  _____
    An employee of AKERMAN SENTERFITT LLP

19

20

21

22

23

24

25

26

27

28

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV011674;1}                                    3