ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
ariel.stern@akerman.com
jacob.bundick@akerman.com
diana.erb@akerman.com

*Attorneys for Defendant
Metlife Home Loans*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| John & Sheralin Cary,<br><br>Plaintiffs,<br><br>vs.<br><br>Metlife Home Loans c/o UTLS Default Services, LLC,<br><br>Defendant. | Case No.: 3:10-cv-00547-LRH-RAM<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Metlife Home Loans hereby consents to the substitution of the law firm of AKERMAN SENTERFITT LLP in place and stead of the law firm of HOLLAND & HART, LLP.

DATED this ____ day of October, 2010.

METLIFE HOME LOANS

By: _____

Its: _____

/ / /

/ / /

/ / /

/ / /

{LV011674;1}                                1

ALEX J. FLANGAS, ESQ., of the law firm of HOLLAND & HART, LLP, hereby consents to the substitution of ARIEL E. STERN, ESQ., JACOB D. BUNDICK, ESQ., and DIANA S. ERB, ESQ., of the law firm of AKERMAN SENTERFITT LLP in its place and stead on behalf of Defendant Metlife Home Loans, in the above-entitled matter.

DATED this ___ day of October, 2010.

HOLLAND & HART, LLP

ALEX J. FLANGAS, ESQ.
Nevada Bar No. 664
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511

ARIEL E. STERN, ESQ., JACOB D. BUNDICK, ESQ., and DIANA S. ERB, ESQ., of the law firm of AKERMAN SENTERFITT LLP hereby consent to their substitution as counsel for Defendant Metlife Home Loans, in the place and stead of ALEX J. FLANGAS, ESQ., of the law firm of HOLLAND & HART, LLP.

DATED this 1st day of November, 2010.

AKERMAN SENTERFITT LLP

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

Please check one: __XX__ RETAINED or ___ APPOINTED BY THE COURT.

APPROVED:

UNITED STATES MAGISTRATE JUDGE
Dated: November 1, 2010

{LV011674;1}    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 1st day of NOVEMBER, 2010 and FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **Substitution of Counsel**, postage prepaid and addressed to:

JOHN CARY
SHERALIN CARY
5805 Ingleston Drive
Sparks, Nevada 89436

*Pro Se Plaintiffs*

ALEX J. FLANGAS, ESQ.
HOLLAND & HART, LLP
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511

CHRISTINA S. BHIRUD, ESQ.
GREGG A. HUBLEY, ESQ.
PITE DUNCAN, LLP
701 E. Bridger Ave., Suite 700
Las Vegas, NV 89101

*Attorneys for Defendant*
*UTLS Default Services, LLC*

/s/ K. Nash
An employee of AKERMAN SENTERFITT LLP

{LV011674;1}    3