LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
CHRISTINA S. BHIRUD (NV Bar #11462)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
MAILING ADDRESS
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Ghubley@piteduncan.com

Attorneys for Defendant UTLS DEFAULT SERVICES, LLC

## DISTRICT OF NEVADA

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| John and Sheralin Cary,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Metlife Home Loans c/o UTLS Default Services, LLC; JOHN DOES I-X; JANE DOES I-X,<br><br>　　　　Defendants. | CASE NO. 3:10-cv-00547-RCJ-RAM<br><br>**UTLS DEFAULT SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant UTLS DEFAULT SERVICES, LLC ("UTLS"), certifies that the following have an interest in the outcome of this case:

　　　　1.　　　　Defendant UTLS Default Services, LLC is a wholly (100%) owned subsidiary of UnitedTech Lender Services, Inc., a Georgia corporation. There are no publicly held corporations that hold ten (10%) percent or more of UnitedTech Lender Services, Inc.'s stock.

/././

/././

/././

/././

/././

-1-

2200867.wpd

These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.

Respectfully submitted,

PITE DUNCAN, LLP

Dated: November 3, 2010    By:    /s/ Christina S. Bhirud
CHRISTINA S. BHIRUD
Attorneys for Defendant UTLS DEFAULT SERVICES, LLC

2200867.wpd

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 701 East Bridger Avenue, Suite 700, Las Vegas, Nevada 89101.

I hereby certify that on November 3, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ariel E. Stern ariel.stern@akerman.com

Jacob D. Bundick, jacob.bundick@akerman.com

Diana S. Erb, diana.erb@akerman.com

I further certify that on November 3, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

John Cary
5805 Ingleston Drive
Sparks, Nevada 89436

Sheralin Cary
5805 Ingleston Drive
Sparks, Nevada 89436

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November 2010, at Las Vegas, Nevada.

*Nicole L. Schlanderer*
NICOLE L. SCHLANDERER

2201982.wpd