AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOHN AND SHERALIN CARY,

     Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER: **3:10-cv-00547-RCJ-RAM**

METLIFE HOME LOANS and
UTLS DEFAULT SERVICES, LLC,

     Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (Doc. #17) filed by Defendant MetLife Bank N.A. and the Joiner (Doc. #19) filed by Defendant UTLS Default Services, LLC, is GRANTED with prejudice.

  June 1, 2011                                              **LANCE S. WILSON**
                                                                          Clerk

                                                                      /s/ Katie Lynn Ogden
                                                                        Deputy Clerk